448 A.2d 1192

Mobil Oil Corp. v. Loredo, Appellant.

* President Judge John Q. Stranahan of the Court of Common Pleas of Mercer County, Pennsylvania and Judge Leonard Sugerman of the Court of Common Pleas of Chester County, Pennsylvania are sitting by designation.

Argued September 8, 1980.
Norman P. Zarwin, for appellant; Albert S. Shaw, Jr., for appellee.

Before WICKERSHAM, VAN der VOORT and LIPEZ, JJ.

Judgment affirmed.